FILED

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0031

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA-20-0031

|  |  |
|---|---|
| ESTATE OF NICHOLAS TYSON FRAZIER; and JEANETTE YOUNG; by and through Personal Representative Brittney King f/k/a Brittney Chatriand;<br><br>Appellants,<br><br>v.<br><br>ERIK MILLER and JOHN DOES 1-10,<br><br>Appellees. | **ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to Appellants' Unopposed Motion for Extension of Time to File Opening Brief, with good cause appearing therefore and no objection by Appellees,

IT IS HEREBY ORDERED that Appellants' Unopposed Motion for Extension of Time to File Opening Brief is GRANTED, and Appellants shall have up to and including July 10, 2020 to file its opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc: Nathan G. Wagner
Cynthia L. Walker
Patrick M. Sullivan

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 9 2020